GLEESON, J.

SCANLON, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK

2015 JAN 26 PM 12: 58

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA          :

        v.                                      :       <u>NOTICE OF MOTION</u>

ESPAR INC.,                                    :       Criminal No:

                Defendant.

-------------------------------------------------------------- x

**CR 15 0028**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an Information upon Defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
           January 26, 2015

                                      UNITED STATES DEPARTMENT OF JUSTICE
                                      Antitrust Division, New York Office

                By:   _____
                         STEPHEN J. McCAHEY
                         CARRIE A. SYME
                         ANTONIA R. HILL
                         26 Federal Plaza, Room 3630
                         Tel:   (212) 335-8036
                         Fax:   (212) 335-8023
                         Email:   carrie.syme@usdoj.gov

cc:   Michael Tubach, O'Melveny & Myers LLP (by e-mail)
      Clerk of the Court