**GLEESON, J.**

**INFORMATION SHEET**

**FILED CLERK**

**SCANLON, M.J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2015 JAN 26  PM 12: 58

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

1.   Title of Case: <u>United States v. Espar Inc.</u>

2.   Related Magistrate Docket Number(s): <u>N/A</u>

3.   Arrest Date: <u>N/A</u>

**CR15       0028**

4.   Nature of offense(s):   ☒ Felony
                             ☐ Misdemeanor

5.   Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): <u>N/A</u>

6.   Projected Length of Trial:   Less than 6 weeks   ☐<u>N/A</u>
                                  More than 6 weeks   ☐<u>N/A</u>

7.   County in which crime was allegedly committed: <u>N/A – Outside NY</u>
     (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.   Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes  ☒ No

9.   Has this indictment/information been ordered sealed?   ☐ Yes  ☒ No

10.  Have arrest warrants been ordered?   ☐ Yes  ☒ No

11.  Is there a capital count included in the indictment?   ☐ Yes  ☒ No

Dated:  January 26, 2015

UNITED STATES DEPARTMENT OF JUSTICE
Antitrust Division, New York Office

By:   _____
      STEPHEN J. McCAHEY
      CARRIE A. SYME
      ANTONIA R. HILL
      (212) 335-8000

---

[1]   Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12